**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROADS, INC., RICHARD VENABLE,                                                                PLAINTIFFS
DARIUS SIMS, MIKE KIERRY,
and PHILLIP MCCORMICK

v.                                              No. 4:07CV01220 JLH

THE CITIES OF JACKSONVILLE, LONOKE,
NORTH LITTLE ROCK, and BEEBE, ARKANSAS                                      DEFENDANTS

**OPINION AND ORDER**

The plaintiffs have filed a motion for temporary restraining order to enjoin and restrain the defendant cities from enforcing ordinances pertaining to possessing, owning, or selling certain dog breeds named in the ordinances. Phillip McCormick has submitted an affidavit dated December 26, 2007, in which he says that he resides in Beebe, Arkansas, and boards his dogs out of town at a cost of $250 per week. Darius Sims has submitted an affidavit dated December 26, 2007, in which he says that he lives in Jacksonville, Arkansas, that he was charged with violating the Jacksonville ordinance in August 2007 and again in September 2007, and that his dogs have been euthanized. He itemizes several hundred dollars of damages in his affidavit. Richard Venable has submitted an affidavit dated March 27, 2008, in which he says that he is a resident of Lonoke, Arkansas, that the city has required him to construct a kennel with a concrete pad and chainlink cover, and that he paid over $350 for boarding his dogs while he built the kennel.

As both parties recognize, to obtain a temporary restraining order or preliminary injunction, the moving party must demonstrate a threat of irreparable harm. *Dataphase Systems, Inc. v. C.L. Systems, Inc.*, 640 F.2d 109, 114 (8th Cir. 1981). None of the plaintiffs has shown that he will be

irreparably harmed before trial if the Court does not enter a temporary restraining order or preliminary injunction.  Therefore, the motion is DENIED.  Document #4.

　　　　IT IS SO ORDERED this 9th day of April, 2008.

　　　　　　　　　　　　　　　　　　　　　／s／ J. Leon Holmes
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　J. LEON HOLMES
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE